GRAZELDA GREAVES and Others, Appellants, v. JUSTINA HUSBAND, Respond-

---

* See App. Div. Rules, 2d Dept., rule 12.— [REP.

# 884    Cases Reported with Brief Syllabi.

ent.— Motion granted in so far as to suspend during the appeal the provision of the judgment canceling the notice of pendency. In all other respects the motion is denied, without costs. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.